IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RYAN FRANK DEMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-038 |
| ) | |
| UNIT MANAGER FOSTER; LT. ) | |
| WILLIAMS; CERT OFFICER CLARK; ) | |
| and UNKNOWN CERT OFFICER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Unknown CERT Officer, as well as all claims concerning deprivation or loss of Plaintiff's personal property and conditions of confinement against all Defendants, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendants Foster, Williams, and Clark as described in the Magistrate Judge's October 24, 2024 Order. (Doc. no. 13.)

SO ORDERED this 2nd day of December, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE