IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RYAN FRANK DEMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-038 |
| | ) | |
| UNIT MANAGER DENISHA FOSTER; LT. | ) | |
| MALCOLM WILLIAMS; and CERT | ) | |
| OFFICER BOBBY CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 37.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion titled "Request for Extension of Time, Request for Local Rule for Southern District of Georgia, and for Court to Inst[r]uct Warden to Hand Deliv[e]r Local Rule for Southern District, in Addit[i]on to Instructing Warden of Plaintiff Being Prevented in Segregation of Obtaining Forms for Law Library, Indigent Postage, and Indigent Supplies Which Deny Plaintiff Due Process of Law." (Doc. no. 33.)

SO ORDERED this _____ day of September, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE