IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RYAN FRANK DEMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-038 |
| | ) | |
| UNIT MANAGER DENISHA FOSTER; LT. | ) | |
| MALCOLM WILLIAMS; and CERT | ) | |
| OFFICER BOBBY CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion for summary judgment. (Doc. no. 30.) The case shall proceed to trial on Plaintiff's excessive force claim against Defendant Foster with respect to the second use of pepper spray, and against all Defendants with respect to their alleged actions after the second use of pepper spray of throwing Plaintiff forcefully into a cell and depriving him of pepper spray decontamination.

SO ORDERED this _____ day of March, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE